# PRISONERS DATABASE



[MAIN PAGE](#)

## All Records for Julio Cesar Sanchez Puentes

| RecordID | PrisonerID | Name | AKA | File Date | Judge | RecDate | Office | Year | CV | Num | Action | Disposition | Three Strikes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35547 | 99999 | Julio Cesar Sanchez Puentes | | 2025-03-24 | Brinkema | 2025-03-24 | 1 | 25 | cv | 509 | 28:2241 | | |
| TOTAL RECORDS:1 | | | | | | | | | | | | | |