IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JULIO CESAR SANCHEZ PUENTES and LUDDIS NORELIA SANCHEZ GARCIA, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>SCOTT CHARLES et al., )<br>)<br>Respondents. ) | 1:25-cv-509 (LMB/LRV) |

ORDER

The Court has scheduled a hearing on Julio Cesar Sanchez Puentes and Luddis Norella Sanchez Garcia's ("petitioners") Petition for a Writ of Habeas Corpus for Friday, March 28, 2025, at 11:00 a.m. Petitioners allege that that they are being unlawfully detained by respondents at the Farmville Detention Center (Sanchez Puentes) and the Caroline Detention Facility (Sanchez Garcia) in violation of the Immigration and Nationality Act, 8 U.S.C. § 1254a, and the Fifth Amendment's Due Process Clause. The Court has determined that it would be efficient to have petitioners in attendance at the hearing. Accordingly, it is hereby

ORDERED that respondents transport both petitioners, Julio Cesar Sanchez Puentes and Luddis Norella Sanchez Garcia, with their belongings,[1] to the Albert V. Bryant U.S. Courthouse on Friday, March 28, 2025, for attendance at the 11:00 a.m. hearing on their Petition for a Writ of Habeas Corpus.

The Clerk is directed to forward copies of this Order to counsel of record and to Dennis Barghaan, Civil Division Chief of the U.S. Attorney's Office for the Eastern District of Virginia.

Entered this 27th day of March, 2025.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge

---

[1] Petitioners' property should be transported with them to avoid unnecessary return travel to the detention centers should their Petition be granted.