IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JULIO CESAR SANCHEZ PUENTES and )
LUDDIS NORELIA SANCHEZ GARCIA, )
                                )
        Petitioners,           )
                                )    1:25-cv-509 (LMB/LRV)
      v.                      )
                                )
SCOTT CHARLES et al.,         )
                                )
        Defendants.         )

## ORDER

For the reasons stated in open court, the Petition for Writ of Habeas Corpus [Dkt. No. 1]

is GRANTED; and it is hereby

ORDERED that petitioners Julio Cesar Sanchez Puentes and Luddis Norelia Sanchez

Garcia be and are RELEASED from custody.

Entered this 28 day of March, 2025.

Alexandria, Virginia

                                    /s/

                                Leonie M. Brinkema
                                United States District Judge