IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JULIO CESAR SANCHEZ PUENTES and LUDDIS NORELIA SANCHEZ GARCIA, )<br><br>Petitioners, )<br><br>v. )<br><br>SCOTT CHARLES et al., )<br><br>Respondents. ) | 1:25-cv-509 (LMB/LRV) |

## ORDER

On April 10, 2025, petitioners filed a Motion to Amend Judgment, seeking to prohibit their re-detention as they appeal the federal government's purported withdrawal of their Temporary Protected Status. [Dkt. No. 19] at 1. Petitioners also filed an Emergency Motion for Release on April 16, 2025, alleging that they have been unlawfully detained by U.S. Immigration and Customs Enforcement. [Dkt. No. 21] at 1. Federal respondents have since alerted the Court that petitioners are detained pursuant to the Alien Enemies Act in the Western District of Texas and that petitioners have filed a habeas action seeking a temporary restraining order to prevent their removal, which a federal judge has granted. See Sanchez-Puentes v. Garite, No. 3:25-cv-127 at [Dkt. No. 3] (W.D. Tex. 2025). Because Petitioners are no longer within the Eastern District of Virginia and have brought a habeas action in the jurisdiction in which they are confined, it is hereby

ORDERED that the Motion to Amend Judgment [Dkt. No. 19] and Emergency Motion for Release [Dkt. No. 21] be and are DENIED as moot.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 17 day of April, 2025.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge